[EDITOR'S NOTE: This case is unpublished as indicated by the issuing court.]
JUDGMENT
The Court hereby renders judgment for the plaintiff, Patrick J. Kerrigan, against the defendant, DiPietro-Kay Corporation, in accordance with its findings of fact and conclusions of law, as stated on the record in open court on June 17, 1996 and July 16, 1996:
Count One: Breach of Express Warranty
Compensatory Damages
 Difference in Value $11,000.00 Between 1986 and 1988 JC26 Boats
 Extras Added to Boat $14,585.01 After Purchase and Delivery
 Monies Paid to Get $ 2,752.00 Boat Registered in New York State
 Time Spent by $ 1.00 Plaintiff to Get Boat Registered ----------------- ----------- Sub Total $28,338.01
TOTAL DAMAGES $28,338.01
 VERDICT FOR PLAINTIFF ON Count One: $28,338.01
 Count Two: Implied Covenant of Good Faith and Fair Dealing
Compensatory Damages: $28,338.01
 (As detailed in the Court's Verdict on Count One, above)
Punitive Damages: $26,035.00
Reasonable Attorney's CT Page 5204-E Fees (As detailed in attached Special Finding Re: Attorney's Fees): -------------
TOTAL DAMAGES $54,373.01
 VERDICT FOR PLAINTIFF on Count Two: $54,373.01
 Count Four: CUTPA
Compensatory Damages: $28,338.01
 (As detailed in the Court's Verdict on Count One, above)
Reasonable Attorney's Fees $26,035.00
 (As detailed in attached Special Finding Re: Attorney's Fees):
Costs $ 1,266.82
 (Exclusive of Taxable Costs) ------------ TOTAL DAMAGES $55,639.83
 VERDICT FOR PLAINTIFF on Count Four: $55,639.83
Michael R. Sheldon Judge